```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                          :
TELEBRANDS CORP.,                 :

                      Plaintiff,   :      1:25-cv-1557-GHW

       -v-                 :      ORDER

NINGBO FINE SOURCE IMP&EXP CO., LTD, :

                 Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On August 28, 2025, Plaintiff applied for an Order to Show Cause why default judgment should not be entered against Defendant. *See* Dkt. Nos. 41–44. That application is denied without prejudice.

Plaintiff's proposed Order would have the Court deem email service of the Order to a "verified e-mail address" as effective. Dkt. No. 41. Plaintiff has not made the showing required for the Court to deem email service sufficient. Accordingly, the Court cannot issue the Order as written.

The method of service of the Order papers must be reasonably calculated to provide notice of the Order to Show Cause. Plaintiff may submit a renewed application for an Order to Show Cause with supplemental materials demonstrating that sufficient factual basis exists for the Court to conclude that email service to the specified email is reasonably calculated to provide notice to Defendant.

SO ORDERED.

Dated: August 29, 2025

                                                                 GREGORY H. WOODS
                                                      United States District Judge