USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

TELEBRANDS CORP.,

                            Plaintiff,

              -v-

NINGBO FINE SOURCE IMP&EXP CO., LTD,

                     Defendant.

-------------------------------------------------------------------- X

1:25-cv-1557-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 28, 2025, Plaintiff applied for an Order to Show Cause why default judgment should not be entered against Defendant.  *See* Dkt. Nos. 41–44.  On August 29, 2025, the Court denied that order without prejudice because Plaintiff had not made the required showing to grant its request to serve the Order papers to a "verified email address."  *See* Dkt. No. 45.

Since that date, Plaintiff has not submitted a renewed order to show cause.  There have been no other filings in this case.  According, Plaintiff is ordered to file a letter no later than April 10, 2026 updating the Court on the status of this case.

       SO ORDERED.

Dated: March 31, 2026
       New York, New York

                                    GREGORY H. WOODS
                              United States District Judge